UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EAGLE COMMUNICATIONS, INC.,

    Plaintiff,

v.                                                        CASE NO: 8:06-cv-567-T-23TGW

EAGLE TELECOMMUNICATIONS, INC.,

    Defendant,

_____/

**ORDER**

    A June 21, 2007, order (Doc. 35) denied the plaintiff's untimely motion (Doc. 34) for final judgment and permanent injunction. A March 30, 2007, order (Doc. 31) provided the parties until May 2, 2007, within which either to submit a form of final judgment or to move to re-open the case for good cause. By operation of the March 30, 2007, order (Doc. 31), dismissal of this case became final on May 3, 2007.

    Moving for reconsideration (Doc. 36), counsel for the plaintiff relies on his unsuccessful April 12, 2007, filing of a motion for final judgment (Doc. 32), which motion was terminated by the Clerk for failure to comply with the court's administrative procedures. Counsel admits to notification of the motion's termination on April 16, 2007 (well before the May 2, 2007, deadline) but claims he failed timely to re-file the motion because of an unspecified "misunderstanding." Counsel's subsequent unsuccessful filing on June 11, 2007 (Doc. 33) and the instant motion filed on June 18, 2007, belie his statement that he viewed the submittal of April 12, 2007, as satisfying his obligation

under the court's order of dismissal.  Counsel explains neither the source of nor basis for the alleged "misunderstanding" and offers no account for the nearly eight weeks that lapsed before his attempting to correct the alleged "misunderstanding."  Because inadvertence of counsel (especially if unexplained) fails to constitute excusable neglect and because this court lacks jurisdiction to grant final judgment perforce the express terms of the sixty-day order, the motion for reconsideration (Doc. 36) is **DENIED**.

ORDERED in Tampa, Florida, on July 3, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE